[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] INTERLOCUTORY JUDGMENT
The court finds that defendant Glenn Gorelick Trustee owes to plaintiff CT Page 3698 Candlelight Terrace Association, Inc. $22,639.10. This debt consists of the following:
 Common charges $8,057.00 Interest on common charges $3,264.60 Late fees $1,400.00 Fine re: Lease violation $1,100.00 Fine re: Damage assessment $ 950.00 Attorney's Fees $7,867.50
Accordingly, interlocutory judgment may enter in favor of the plaintiff Candlelight Terrace Association, Inc. against defendant Glenn Gorelick, Trustee for $22,639.10.
THIM, J.